

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-26-00074-CV

IN THE MATTER OF THE MARRIAGE OF CHI DAVIS AND TORRIN DAVIS

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 25D1273-CCL

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Torrin Davis, Appellant, filed a notice of appeal in this matter on May 15, 2026. Appellant has not filed a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 32.1. Further, he has not tendered the mandatory $205.00 filing fee associated with the appeal, *see* TEX. R. APP. P. 5, and has not filed proof of indigency in lieu of a filing fee, *see* TEX. R. APP. P. 20.1.

"A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just." TEX. R. APP. P. 5.

By letter dated June 8, 2026, Appellant was provided with notice of and an opportunity to cure these defects. *See* TEX. R. APP. P. 42.3(b), (c). The letter further warned Appellant that, if he did not submit an adequate response to the notice by June 18, 2026, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellant did not file a docketing statement, did not pay the mandatory filing fee, and did not file proof of indigency in lieu of a filing fee. Furthermore, we have received no communication from Appellant in response to our June 8 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rule 42.3(b) and (c) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *Id.*

Scott E. Stevens
Chief Justice

Date Submitted:     July 7, 2026
Date Decided:       July 8, 2026